STATE OF CONNECTICUT *v.* MORRIS BEMBER

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Bruce A. Sturman,* in support of the petition.

Decided July 16, 1980

ROBERT A. HOULIHAN, JR. *v.* GREAT AMERICAN INSURANCE COMPANIES

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*John A. Carrozzella,* in support of the petition.

Decided July 16, 1980

ARCO MANAGEMENT CORPORATION *v.* CONSERVATION COMMISSION OF THE TOWN OF HAMDEN

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of New Haven is granted by the court.

*Brian M. Stone,* in support of the petition.

Decided July 16, 1980

CITY OF HARTFORD ET AL. *v.* ARTHUR POWERS, COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.